IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERT and MARCY O'CONNOR,        §
                                  §
        Plaintiffs,               §
                                  §
V.                                §        No. 3:25-cv-3484-N-BN
                                  §
GARY LADRIDO, DCB SPORTS LLC,     §
and RENEWABLE ADVISORS LLC,       §
                                  §
        Defendants.               §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS Plaintiffs Robert and Marcy O'Connor's preliminary injunction application, *see* Dkt. Nos. 8 & 9, to the extent that the Court ORDERS Plaintiffs to post a bond of $20,000, and, after they do so, the Court will enter further orders.

SO ORDERED this 26th day of May, 2026.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE