IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT and MARCY O'CONNOR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:25-cv-3484-N-BN |
| | § | |
| GARY LADRIDO, DCB SPORTS LLC, | § | |
| and RENEWABLE ADVISORS LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore ORDERS the following:

- Defendants DCB Sports LLC and Renewable Advisors LLC are in DEFAULT;

- The Clerk of Court is DIRECTED TO ENTER default against each pursuant to Federal Rule of Civil Procedure 55(a); and

- Plaintiffs Robert and Marcy O'Connor may, by no later than a date 30 days from the date of entry of this order, move for default judgment against each for failure to appear by and through counsel.

SO ORDERED this 5th day of June, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE